**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST CO., ) | CASE NO. 1:07CV3495 |
| ) | |
| Plaintiff(s), ) | |
| v. ) | |
| GLORIA LONG, et al., ) | |
| Defendant(s). ) | **J U D G M E N T** |

The Court has filed its Order in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

                      S/Christopher A. Boyko
                      HONORABLE CHRISTOPHER A. BOYKO
                      UNITED STATES DISTRICT JUDGE

January 23, 2008